# EXHIBIT 1

Int. Cls.: 9, 16 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,113,397
Registered Nov. 18, 1997

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## TENSEGRITY

LAUGAN PRODUCTIONS, INC. (UNITED STATES CORPORATION)
11901 SANTA MONICA BOULEVARD
SUITE 599
LOS ANGELES, CA 90025

FOR: PRERECORDED AUDIO TAPES AND VIDEO TAPES FEATURING INSTRUCTION ON PHYSICAL MOVEMENTS THAT PROMOTE MENTAL, PHYSICAL AND SPIRITUAL WELL BEING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.
FOR: BOOKS, PAMPHLETS, LEAFLETS AND BROCHURES FEATURING INFORMATION AND DISCUSSION OF PHILISOPHICAL AND SPIRITUAL ISSUES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 0-0-1985; IN COMMERCE 0-0-1993.
FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS IN THE FIELD OF MENTAL, PHYSICAL AND SPIRITUAL WELL BEING AND THE EFFECT OF SPECIALIZED MOVEMENTS ON AFORESAID STATES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 0-0-1985; IN COMMERCE 0-0-1993.

SER. NO. 75-032,457, FILED 12-14-1995.

CINDI GREENBAUM, EXAMINING ATTORNEY

**EXHIBIT 1**
**15**



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2113397     SERIAL NO: 75/032457     MAILING DATE: 11/15/2007
REGISTRATION DATE:  11/18/1997
MARK:   TENSEGRITY
REGISTRATION OWNER:   Laugan Productions, Inc.

**CORRESPONDENCE ADDRESS:**

Laura Goldbard George
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York NY 10038-4982

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

************************************************

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009, 041, 016.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**EXHIBIT 1
16**

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**


**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**



**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

**EXHIBIT 1**
**17**