# EXHIBIT 3

| Application Name | Type of Work | Title |
|---|---|---|
| 1-710393546_Application_20120119_162221 | Literary Work | Intending Our Dreams Forward |
| 1-712929112_Application_20120119_162255 | Literary Work | The Spherical Awareness of the Tree |
| 1-712929010_Application_20120119_162244 | Literary Work | An Appointment with the Spirit (Io infinito) |
| 1-710439377_Application_20120119_162232 | Literary Work | Transition to the New Year |
| 1-710903622_Application_20120119_011843 | Literary Work | Dreaming and Stalking, Inhaling and Exhaling |
| 1-710305367_Application_20120119_003829 | Literary Work | Dreaming with the Wild Mountain Cat |
| 1-710472388_Application_20120119_021115 | Literary Work | An Appointment with Inner Silence Introduction - April 2004 |
| 1-710472464_Application_20120119_021126 | Literary Work | Two-Way Bridge - June 2004 |
| 1-710472487_Application_20120119_021137 | Literary Work | The Toddler's Law |
| 1-710472530_Application_20120119_021148 | Literary Work | A Moment of Personal Power |
| 1-710472553_Application_20120119_021159 | Literary Work | The Lizard |
| 1-710472576_Application_20120119_021211 | Literary Work | Using Death As Your Advisor |
| 1-710472599_Application_20120119_021222 | Literary Work | The Male and Female Winged Being |
| 1-710472622_Application_20120119_021233 | Literary Work | The Singing Earth Serpent - February 2008 |
| 1-710312242_Application_20120119_011616 | Literary Work | Stopping the World: The Not-Doing of the Self |
| 1-710312265_Application_20120119_011628 | Literary Work | The Wind |
| 1-710393331_Application_20120119_011650 | Literary Work | The Earth Form: Our Power Spot is Our Fluid Assemblage Point |
| 1-710393354_Application_20120119_011701 | Literary Work | The Plumed Serpent - February 2007 |
| 1-710393420_Application_20120119_011713 | Literary Work | Jumping Into the Abyss: A New View on Commitment |
| 1-712929138_Application_20120119_011906 | Literary Work | The Alchemy of the Plumed Serpent |
| 1-712929174_Application_20120119_011917 | Literary Work | The Rise of the Plumed Serpent: Using Death as your Advisor |
| 1-712957896_Application_20120119_025459 | Literary Work | The Two-Way Bridge: Dreaming & Stalking |
| 1-712957945_Application_20120119_025510 | Literary Work | Beyong the Predator's Eye: Stalking |
| 1-712957971_Application_20120119_025521 | Literary Work | Song of the Plumed Serpent: Handout 1 |
| 1-710305679_Application_20120119_003902 | Literary Work | Finding Your Power Spot |
| 1-710305722_Application_20120119_003913 | Literary Work | Appointments with the Spirit |
| 1-710305745_Application_20120119_003924 | Literary Work | Tendon Energy |
| 1-710305798_Application_20120119_003935 | Literary Work | Stalking the Self Exercise: Phone Dialogue |
| 1-710305871_Application_20120119_003946 | Literary Work | Facing the Oncoming Time: In an Instant |
| 1-710305894_Application_20120119_003958 | Literary Work | The Water Form |
| 1-710345330_Application_20120119_011639 | Literary Work | Food, the Chewing Breath and the Mouth Warrior |

| | | |
|---|---|---|
| 1-710282817_Application_20120119_003755 | Literary Work | The Axis Form: Listening to Other Sentient Beings |
| 1-710283284_Application_20120119_003818 | Literary Work | The Navigation of the Dreamer |
| 1-710305603_Application_20120119_003840 | Literary Work | In an Instant |
| 1-710305636_Application_20120119_003851 | Literary Work | A View of our Tour of Awareness |
| 1-710901362_Application_20120119_011832 | Literary Work | Talking Apes |
| 1-712929046_Application_20120119_011854 | Literary Work | The Integrative Body: Introduction and Chair Tensegrity |
| 1-710412232_Application_20120119_011724 | Literary Work | Affection for the Energy Body 1 |
| 1-710412255_Application_20120119_011735 | Literary Work | Affection for the Energy Body 2 |
| 1-710412298_Application_20120119_011746 | Literary Work | Series for Mapping the Energy Body |
| 1-710439331_Application_20120119_011758 | Literary Work | A Gossamer Touch |
| 1-710439354_Application_20120119_011809 | Literary Work | Twin Universes |
| 1-710439400_Application_20120119_011820 | Literary Work | Watching Telenovelas as a Warrior |
| 1-710439423_Application_20120119_020933 | Literary Work | "How is the Spirit Today?" |
| 1-710439466_Application_20120119_020944 | Literary Work | The Coyote |
| 1-710439489_Application_20120119_020955 | Literary Work | Stalking the Known: Introductory Lecture 2002 |
| 1-710439532_Application_20120119_021007 | Literary Work | Seeing Energy: Affection for Others |
| 1-710439618_Application_20120119_021019 | Literary Work | Unbending Intent 1 |
| 1-710439694_Application_20120119_021030 | Literary Work | The Binding and Unbinding Forms |
| 1-710439727_Application_20120119_021041 | Literary Work | An Appointment with Inner Silence: Introduction - September 2003 |
| 1-710439750_Application_20120119_021053 | Literary Work | Stalking the Known - April 2003 |
| 1-710283261_Application_20120119_003806 | Literary Work | The Cloak of Confidence |
| 1-710472335_Application_20120119_021104 | Literary Work | Two-Way Bridge - February 2004 |
| 1-701711280_Application_20120118_003811 | Work of the Performing Arts | The Nagual Lujan's Choreography: The Tiger |
| 1-701783159_Application_20120118_003833 | Work of the Performing Arts | The Nagual Lujan's Choreography: The Empty-Handed Forms |
| 1-702036082_Application_20120118_003845 | Work of the Performing Arts | The Mysterious Passes of Juan Tuma |
| 1-702106592_Application_20120118_012512 | Work of the Performing Arts | Magical Passes for Not-Doing: First Series: The Running Man |
| 1-702106615_Application_20120118_012523 | Work of the Performing Arts | Magical Passes for Not-Doing: Second Series: On the Run |
| 1-702106671_Application_20120118_012534 | Work of the Performing Arts | Magical Passes for Not-Doing: Fourth Series: Legs Rule Vitality |
| 1-702106794_Application_20120118_012546 | Work of the Performing Arts | Magical Passes for Not-Doing: Fifth Series: The Wheel of Time |
| 1-702106847_Application_20120118_012557 | Work of the Performing Arts | Magical Passes for Not-Doing: Third Series: Unbending Purpose |
| 1-702107171_Application_20120118_023523 | Work of the Performing Arts | The Lujan Cycle: Binding and Unbinding |
| 1-702107194_Application_20120118_023534 | Work of the Performing Arts | The Lujan Cycle: The Wind Form |

**EXHIBIT 3**
**25**

| | | |
|---|---|---|
| 1-702162741_Application_20120118_054715 | Work of the Performing Arts | The Not-Doing Cycle: Legs Rule Vitality Circles Dance |
| 1-701783135_Application_20120118_003822 | Work of the Performing Arts | The Nagual Lujan's Choreography: The Crab |
| 1-702107237_Application_20120118_023545 | Work of the Performing Arts | The Lujan Cycle: The Milky Way |
| 1-702107260_Application_20120118_003856 | Work of the Performing Arts | The Nagual Lujan's Choreography: The Left and Right Handed Forms |
| 1-702107293_Application_20120118_031323 | Work of the Performing Arts | The Intent Cycle: The Sun Form |
| 1-702162386_Application_20120118_031334 | Work of the Performing Arts | The Affection Cycle: The Warrior's Gesture of Magical Intent |
| 1-702162522_Application_20120118_031345 | Work of the Performing Arts | The Left Body Cycle: The Plumed Serpent |
| 1-702162545_Application_20120118_044320 | Work of the Performing Arts | The Womb Cycle: The Moon Form |
| 1-702162568_Application_20120118_044332 | Work of the Performing Arts | The Mapping Cycle: Mapping the Body |
| 1-702162641_Application_20120118_044343 | Work of the Performing Arts | The Masculinity Cycle: Forging the Dreaming Attention |
| 1-702162665_Application_20120118_054653 | Work of the Performing Arts | The Westwood Cycle: The Usted Form |
| 1-702162698_Application_20120118_054704 | Work of the Performing Arts | The Westwood Cycle: Beings in Dreaming |
| 1-712342695_Application_20120118_031356 | Work of the Performing Arts | The Affection Cycle: Controlled Folly |
| 1-712342723_Application_20120118_031407 | Work of the Performing Arts | The Affection Cycle: The Tree |
| 1-712342752_Application_20120118_031419 | Work of the Performing Arts | The Left Body Cycle: Water |
| 1-712381312_Application_20120118_054726 | Work of the Performing Arts | The Crossing Phyla Cycle: The Butterfly of the Night |
| 1-712381341_Application_20120118_054737 | Work of the Performing Arts | The Twelve Cycle: The Tour of Awareness |
| 1-712381395_Application_20120118_054748 | Work of the Performing Arts | The Twelve Cycle: The Lizard |
| 1-712381541_Application_20120118_054832 | Work of the Performing Arts | The Not-Doing Cycle: The Running Man Dance |
| 1-712381572_Application_20120118_054843 | Work of the Performing Arts | The Not-Doing Cycle: Jumping Into the Abyss |
| 1-712882672_Application_20120118_193253 | Work of the Performing Arts | The Womb Series Long Form |
| 1-712313849_Application_20120118_003907 | Work of the Performing Arts | The Nagual Lujan's Choreography: The Chair |
| 1-712313942_Application_20120118_003918 | Work of the Performing Arts | The View from the Bridge |
| 1-712381421_Application_20120118_054759 | Work of the Performing Arts | The Twelve Cycle: The Singing Earth Serpent |
| 1-712381483_Application_20120118_054810 | Work of the Performing Arts | The Westwood Cycle: Acknowledging the Predator's Eye |
| 1-712381510_Application_20120118_054821 | Work of the Performing Arts | The Westwood Cycle: The Current of Currency |
| 1-708730749_Application_20120118_023556 | Work of the Performing Arts | The Lujan Cycle: In an Instant |
| 1-708730792_Application_20120118_023607 | Work of the Performing Arts | Carlos Castaneda's TENSEGRITY, Volume 1 - Long Form |
| 1-712342853_Application_20120118_044354 | Work of the Performing Arts | Tapping Into Our Essence |
| 1-712342911_Application_20120118_044405 | Work of the Performing Arts | The Mapping Cycle: Mapping the Energy Body |
| 1-712882792_Application_20120118_193304 | Work of the Performing Arts | The Westwood Series Long Form |
| 1-712882818_Application_20120118_193315 | Work of the Performing Arts | The Heat Series Long Form |

**EXHIBIT 3**
**26**

| | | |
|---|---|---|
| 1-712882894_Application_20120118_193326 | Work of the Performing Arts | The Masculinity Long Form |
| 1-702126042_Application_20120117_200100 | Motion Picture/AV Work | Workshops 2001 |
| 1-708731944_Application_20120117_210036 | Motion Picture/AV Work | Magical Passes: Unbending Intent |
| 1-702126086_Application_20120117_200122 | Motion Picture/AV Work | Workshops 2003 |
| 1-702126108_Application_20120117_200133 | Motion Picture/AV Work | Workshops 2004 |
| 1-702126140_Application_20120117_200144 | Motion Picture/AV Work | Workshops 2005 |
| 1-702126162_Application_20120117_200155 | Motion Picture/AV Work | Workshops 2006 |
| 1-702126184_Application_20120117_200206 | Motion Picture/AV Work | Workshops 2007 |
| 1-702126216_Application_20120117_200218 | Motion Picture/AV Work | Workshops 2008 |
| 1-701711052_Application_20120117_233527 | Work of the Performing Arts | Magical Passes of the Shaman Dancer, Silvio Manuel |
| 1-701711075_Application_20120117_233538 | Work of the Performing Arts | Beings from the Earth and Sky |
| 1-701711098_Application_20120117_233549 | Work of the Performing Arts | Hearing Energy |
| 1-702162876_Application_20120117_200229 | Motion Picture/AV Work | Workshops & classes through April 1998: Not-Doings |
| 1-702036105_Application_20120117_210025 | Work of the Performing Arts | Six Series of Tensegrity: The First Series: The Series for Preparing Intent |
| 1-702163123_Application_20120117_200240 | Motion Picture/AV Work | Workshops 1999 |
| 1-701601208_Application_20120117_233516 | Work of the Performing Arts | The Wings of Affection |
| 1-702163145_Application_20120117_200251 | Motion Picture/AV Work | Workshops 2000 |
| 1-712154155_Application_20120117_210047 | Motion Picture/AV Work | Carlos Castaneda's TENSEGRITY |
| 1-712154177_Application_20120117_210057 | Motion Picture/AV Work | Carlos Castaneda's TENSEGRITY: Volume 3 |
| 1-712276950_Application_20120117_210108 | Motion Picture/AV Work | Carlos Castaneda's TENSEGRITY: Volume 2 |
| 1-712277181_Application_20120117_210119 | Work of the Performing Arts | Six Series of Tensegrity: The Second Series: The Series for the Womb |
| 1-712277221_Application_20120117_210130 | Work of the Performing Arts | Six Series of Tensegrity: The Third Series: The Series of the Five Concerns |
| 1-712277252_Application_20120117_210141 | Work of the Performing Arts | Six Series of Tensegrity: The Fourth Series: The Separation of the Left Body… |
| 1-712277279_Application_20120117_210152 | Work of the Performing Arts | Six Series of Tensegrity: The Fifth Series: The Masculinity Series |
| 1-712313306_Application_20120117_210203 | Work of the Performing Arts | Six Series of Tensegrity: The Sixth Series: Devices Used in Conjunction… |
| 1-712313791_Application_20120117_233600 | Work of the Performing Arts | The Culver City Series |
| 1-706147940_Application_20120117_200302 | Motion Picture/AV Work | Workshops & Classes through April 98: Some Works from book Magical Passes |
| 1-712276793_Application_20120117_200324 | Motion Picture/AV Work | Workshops & Classes: May through December 1998 |
| 1-708731862_Application_20120117_200313 | Motion Picture/AV Work | Workshops & classes through April 1998: Miscellaneous works |
| 1-702126064_Application_20120117_200111 | Motion Picture/AV Work | Workshops 2002 |

**EXHIBIT 3**
**27**