UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILES REID, an individual; AERIN ALEXANDER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CLEARGREEN, INC., a California corporation; LAUGAN PRODUCTIONS, INC., a California corporation; and DOES 1 through 10 inclusive.<br><br>Defendants.<br><br>———————————————<br><br>CLEARGREEN, INC., a California corporation; LAUGAN PRODUCTIONS, INC., a California corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MILES REID, an individual; AERIN ALEXANDER, an individual.<br><br>Counter-Defendants. | CASE NO. **CV11-08273 SVW (FMOx)**<br><br>Hon. Stephen W. Wilson/Courtroom 6<br><br>Action Filed:   October 5, 2011<br><br>**ORDER** |

Plaintiff/Counter-defendants Aerin Alexander and Miles Reid's motion for summary judgment and partial summary judgment on the complaint and first amended counterclaim came on for hearing before the court on March 19, 2012 at 1:30 p.m.

Having read and considered the moving and opposition papers and other evidence, the Court makes the following order:

**IT IS ORDERED** that the motion is granted and Court finds:

1. The positions found in the publication of *Magical Passes* is in the public domain.

2. The positions found in the video entitled *Carlos Castaneda Tensegrity* is in the public domain.

3. The positions found in the video entitled *Carlos Castaneda Tensegrity Volume 2 and 3* are in the public domain.

4. Cleargreen, Inc. does not own the copyrights to the publication of *Magical Passes* since the author was Carlos Castaneda and the copyrights were never transferred to Cleargreen, Inc.

5. Laugan Productions, Inc. does not own the copyrights to the publication of *Magical Passes* since the author was Carlos Castaneda and the copyrights were never transferred to Laugan Productions, Inc.

6. Cleargreen, Inc. does not own the copyrights to the video entitled *Carlos Castaneda Tensegrity* since the author was Carlos Castaneda and the copyrights were never transferred to Cleargreen, Inc.

7. Laugan Productions, Inc. does not own the copyrights to the video entitled *Carlos Castaneda Tensegrity* since the author was Carlos Castaneda and the copyrights were never transferred to Laugan Productions, Inc.

8. Cleargreen, Inc. does not own the copyrights to the video entitled *Carlos Castaneda Tensegrity Volumes 2 and 3* since the author was Carlos Castaneda and the copyrights were never transferred to Cleargreen, Inc.

9. Laugan Productions, Inc. does not own the copyrights to the video entitled *Carlos Castaneda Tensegrity Volumes 2 and 3* since the author was Carlos Castaneda

and the copyrights were never transferred to Laugan Productions, Inc.

10. Plaintiff Aerin Alexander and Miles Reid's teaching of the postures contained in the *Magical Passes, Carlos Castaneda Tensegrity, Carlos Castaneda Tensegrity Volumes 2 and 3,* and the Home Videos attached as Exhibit 3 to the first amended counterclaim is a fair use and does not amount to either a copyright or trademark infringement.

11. Laugan Productions' copyrights to *Magical Passes, Carlos Castaneda Tensegrity,* and *Carlos Castaneda Tensegrity Volumes 2 and 3* are invalid.

12. Cleargreen, Inc.'s trademark "Tensegrity" is descriptive and without secondary meaning.

13. Cleargreen cannot enforce its trademark "Tensegrity".

14. Laugan Productions cannot enforce its trademark "Tensegrity".

15. Aerin Alexander and Miles Reid's trademark "Being Energy" does not infringe on any trademark of either Cleargreen, Inc. or Laugan Productions, Inc.

16. Aerin Alexander and Miles Reid have not infringed on any trademark, or copyright of either Cleargreen, Inc. or Laugan Productions, Inc.

17. Aerin Alexander and Miles Reid's reference to the term "Tensegrity" is a fair use.

18. Aerin Alexander and Miles Reid reference to the speeches they created stating their personal experiences and which were read at Tensegrity seminars is a fair use.

Dated: March 9, 2012

_____
Stephen W. Wilson
United States District Judge