Robert G. Klein, Esq., State Bar No. 128550
LAW OFFICE OF ROBERT G. KLEIN
555 West Fifth Street, 31st Floor
Los Angeles, California 90013-1010

Telephone: (213) 996-8508
Facsimile: (213) 947-1441

Attorneys for Plaintiffs Miles Reid and Aerin Alexander

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MILES REID, an individual; AERIN ALEXANDER, an individual | CASE NO. **CV11-08273 SVW (FMOx)** |
| | Hon. Stephen W. Wilson/Courtroom 6 |
| Plaintiffs, | Action Filed: October 5, 2011 |
| vs. | **PLAINTIFFS' WITNESS LIST** |
| CLEARGREEN, INC., a California corporation; LAUGAN PRODUCTIONS, INC., a California corporation; and DOES 1 through 10 inclusive. | |
| Defendants. | |
| CLEARGREEN, INC., a California corporation; LAUGAN PRODUCTIONS, INC., a California corporation, | |
| Counterclaimants, | |
| vs. | |
| MILES REID, an individual; AERIN ALEXANDER, an individual. | |

1

1 | Counter-Defendants. )
2 |

3  Pursuant to L.R. Rule 16-5 Plaintiffs/Counter-defendants submit the following
4  list of witness they intend to call at trial.

| Witness | Substance | Time/Exhibits | Other |
|---|---|---|---|
| Miles Reid | Mr. Reid will testify about the Magical Passes and Tensegrity including the history. Also will address issues on copyright validity; infringement; and work for hire and all issues in the case. | Direct: 5 hours | Plaintiff will show about 3 hours of video including Tensegrity Volumes 1, 2, & 3 and videos from Being Energy |
| Aerin Alexander | Ms. Alexander will testify about her experience at Cleargreen and Laugan including issues on originality of the postures along with Being Energy use and their creations and all issues in the case. | Direct: 2.5 hours | |
| Yelena Shor | Attended workshops with Carlos Castaneda and a former Cleargreen employee and instructor. Testimony will address copyright validity and infringement. | Direct: 1 hour | |
| Cecile Querubin | Co-sponsor for Cleargreen and will testify on issue of originality of movements. Attended Being Energy workshops and will testify about lack of infringement | Direct: 1 hour | |
| Patricia Spinoza* | Heard admissions about Magical Passes and Tensegrity not being original. Instructor at Cleargreen and attended Being Energy workshops | Direct: 1 hour | Lives in Hawaii and will be presented over Skype |

LAW OFFICE OF ROBERT G. KLEIN
555 WEST FIFTH STREET, 31ST FLOOR
LOS ANGELES, CALIFORNIA 90013-1010
TELEPHONE (213) 996-8508

| | | | |
|---|---|---|---|
| Susana Tribe* | Former employee of Cleargreen and percipient witness on issues of copyright validity and infringement. Will testify on work for hire issue. | Direct: 1 hour | Lives in Connecticut and will be presented over Skype |
| Robert Savery* | Former Cleargreen instructor and will testify on issues of originality of movements. Also instructor at Being Energy and knows about the difference in Being Energy's movements on the issue of copying. | Direct: 1 hour | Lives in Hawaii and will be presented over Skype |
| Maurice Meyer* | Will testify on the issue of trademark abandonment and copyright validity. He was a co-sponsor for Cleargreen at their workshops in Europe. | Direct: 1 hour | Lives in Switzerland and will be presented over Skype |
| Richard Bets* | Co-sponsor for Cleargreen and attended seminars with both Carlos Castaneda and at Being Energy | Direct: 1 hour | Lives in Spain and will be presented over Skype |
| Gabriella Reck | Attended workshops with Carlos Castaneda and will testify on issues or originality of movements and admissions made by Carlos Castaneda. | Direct: 1 hour | |
| Muni Ananha aka Carol Tiggs | Original disciple of Carlos Castaneda and founder of Cleargreen and Laugan, a party defendant. | Cross examination: 1 hour | |
| Nyei Murez | Instructor at Cleargreen and party defendant. Gave interviews on Magical Passes and Tensegrity. | Cross examination: 2 hours | |
| Renata Murez | Instructor at Cleargreen and party defendant. Gave interviews on Magical Passes and Tensegrity. | Cross examination: 2 hours | |
| | | | |

3

**Plaintiffs' Witness List**

Dated: May 2, 2012

LAW OFFICE OF ROBERT G. KLEIN

By: /s/ Robert G. Klein
Robert G. Klein
Attorneys for Plaintiffs Miles Reid and Aerin Alexander

LAW OFFICE OF ROBERT G. KLEIN
555 WEST FIFTH STREET, 31ST FLOOR
LOS ANGELES, CALIFORNIA 90013-1010
TELEPHONE (213) 996-8508