Robert G. Klein, Esq., State Bar No. 128550
LAW OFFICE OF ROBERT G. KLEIN
555 West Fifth Street, 31st Floor
Los Angeles, California  90013-1010

Telephone:  (213) 996-8508
Facsimile:  (213) 947-1441

Attorneys for Plaintiffs Miles Reid and Aerin Alexander

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MILES REID, an individual; AERIN ALEXANDER, an individual<br><br><br>Plaintiffs,<br><br>vs.<br><br>CLEARGREEN, INC., a California corporation; LAUGAN PRODUCTIONS,  INC. , a California corporation; and DOES 1 through 10 inclusive.<br><br><br>Defendants.<br>_____<br><br>CLEARGREEN, INC., a California corporation; LAUGAN PRODUCTIONS,  INC. , a California corporation,<br><br><br>Counterclaimants,<br><br>vs.<br><br>MILES REID, an individual; AERIN ALEXANDER, an individual. | CASE NO.  **CV11-08273 SVW (FMOx)**<br><br>Hon. Stephen W. Wilson/Courtroom 6<br><br>Action Filed:   October 5, 2011<br><br>**PLAINTIFFS' EXHIBIT LIST**<br><br>Trial Date:         June 12, 2012 |

LAW OFFICE OF ROBERT G. KLEIN
555 WEST FIFTH STREET, 31ST FLOOR
LOS ANGELES, CALIFORNIA 90013-1010
TELEPHONE (213) 996-8508

1

Counter-Defendants.                        )
_____

        Plaintiffs/Counter-defendants Aerin Alexander and Miles Reid submit this

list of their proposed exhibits.

        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///
        ///

**Plaintiffs' Exhibit List**

LAW OFFICE OF ROBERT G. KLEIN
555 WEST FIFTH STREET, 31ST FLOOR
LOS ANGELES, CALIFORNIA 90013-1010
TELEPHONE (213) 996-8508

Reid et. al. v. Cleargreen etc. et. al.

TRIAL EXHIBIT INDEX

| Trial Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 001 | Magical Passes book | | |
| 002 | Tensegrity description | | |
| 003 | Magical  Passes description | | |
| 004 | What is Tensegrity Practice? | | |
| 005 | What is Tensegrity Movement | | |
| 006 | Six Series of Tensegrity | | |
| 007 | March 17, 2010 e-mail | | |
| 008 | October 8, 2010 Cleargreen letter | | |
| 009 | March 7, 2011 Cleargreen letter | | |
| 010 | Being Energy trademark application | | |
| 011 | Being Energy advertisements | | |
| 012 | February 12, 2012 Cleargreen e-mail | | |
| 013 | Tensegrity Volumes 1, 2, 3- **Video** | | |
| 014 | Miles 2/1/2008 e-mail | | |
| 015 | Miles 8/21/2009 e-mail | | |
| 016 | Miles 2/8/2008 e-mail | | |
| 017 | Miles 2/14/ 2008 e-mail | | |
| 018 | Miles 7/4/2008 e-mail | | |
| 019 | Rise Serpent schedule | | |
| 020 | Miles 3/23/2005 e-mail | | |
| 021 | Renata 1/16/2005 e-mail | | |
| 022 | Miles 6/8/2008 e-mail | | |
| 023 | Miles 2/9/2008 e-mail | | |
| 024 | Reid declaration with quotes | | |
| 025 | Being Energy program | | |
| 026 | List of Miles and Aerin talks | | |
| 027 | Tensegrity 12 movements | | |
| 028 | Tensegrity seminar workshop | | |

| 029 | Tensegrity seminar June 1998 | | |
|-----|------------------------------|---|---|
| 030 | Tour of Awareness 11/ 2001 | | |
| 031 | Los Angeles Times  interview | | |
| 032 | Joy of the warrior | | |
| 033 | Stalking the known seminar | | |
| 034 | Inner silence seminar | | |
| 035 | Appointment with Inner silence | | |
| 036 | Beyond the predator's eye | | |
| 037 | Series on dreaming | | |
| 038 | Greater than greed seminar | | |
| 039 | Being energy seminar | | |
| 040 | Miles 2/21/2008 e-mail | | |
| 041 | Lecture Stalking movements | | |
| 042 | Seminar Text | | |
| 043 | On the run text | | |
| 044 | On the run dreaming text | | |
| 045 | 8/31/2009 e-mail from Miles | | |
| 046 | Notes from As Above so Below | | |
| 047 | Renata e-mail 1/16/2005 | | |
| 048 | Talk from Aspen Center 7/2005 | | |
| 049 | Miles e-mail 2/16/2008 | | |
| 050 | Text from Groups in circles | | |
| 051 | Miles 2/8/2008 e-mail | | |
| 052 | Miles lecture talk | | |
| 053 | Miles 1/29/2008 e-mail | | |
| 054 | Miles 2/8/2008 e-mail | | |
| 055 | Miles 2/9/2008 e-mail | | |
| 056 | Miles 7/20/2008 e-mail | | |
| 057 | Rise of the Planned Serpent text | | |
| 058 | Renata 1226/2004 e-mail | | |
| 059 | Intending the New Year from silence | | |
| 060 | Miles 6/8/2008 e-mail | | |
| 061 | Storyline | | |
| 062 | Miles 2/14/2008 e-mail | | |
| 063 | Witness questioning | | |
| 064 | Starwulf 3/23/2005 e-mail | | |
| 065 | Women's' workshop | | |
| 066 | Copyright application | | |
| 067 | Copyright application | | |
| 068 | Meditation description | | |

| 069 | Activating the heart | | |
|-----|----------------------|---|---|
| 070 | Gathering energy | | |
| 071 | Intending presence description | | |
| 072 | Restoring energy exercises | | |
| 073 | Being Energy training program | | |
| 074 | Miles and Aerin's talks | | |
| 075 | List of lectures | | |
| 076 | Miles 4/19/2012 e-mail | | |
| 077 | Tensegrity workshop 11/1996 | | |
| 078 | Tensegrity Legs Rule workshop 6/1998 | | |
| 079 | Plaintiff's exhibit in support of summary judgment | | |
| 080 | Cleargreen letter 8/1999 to Alex Rosenberg | | |
| 081 | Cleargreen letter to Tim | | |
| 082 | Cleargreen e-mail to Scott | | |
| 083 | Carlos Castaneda Unbending intent-lion cover | | |
| 084 | Tensegrity review | | |
| 085 | Infringing web site 1 | | |
| 086 | Tensegrity Course advertisement | | |
| 087 | Infringing web site 2 | | |
| 088 | Certificates of Registration 2/8/2012 | | |
| 089 | Joy of the warrior | | |
| 090 | Joy of warrior Amsterdam 6/2002 | | |
| 091 | Buckmister Fuller | | |
| 092 | Anatomy trains | | |
| 093 | Tilo Medical e-mail | | |
| 094 | Being Energy copyright application | | |
| 095 | What is Being Energy? | | |
| 096 | Being Energy Love liberates | | |
| 097 | Being Energy Defying Death | | |
| 098 | Being Energy Turning the wheel | | |
| 099 | Workshop lecture notes by Nyei | | |
| 100 | Aerin job description | | |
| 101 | Note to respond bulletin | | |
| 102 | Letter to community | | |
| 103 | Notes of meeting with accountant | | |
| 104 | Tensegrity UK infringement | | |
| 105 | Magical Passes class 2003 | | |

| 106 | Twelve Basic movements highlighted | | |
|---|---|---|---|
| 107 | Magical passes text | | |
| 108 | Certificates of Registrations talks | | |
| 109 | Voice over from Tensegrity video | | |
| 110 | Voice over Tensegrity volume 3 | | |
| 111 | Video Magical  Passes tiger cover-**Video** | | |
| 112 | Certificate of Registration | | |
| 113 | Castaneda will | | |
| 114 | Eagle Trust | | |
| 115 | Cleargreen website | | |
| 116 | Nyei declaration | | |
| 117 | Tensegrity infringer positions | | |
| 118 | Copyright master list | | |
| 119 | Magical passes infringer | | |
| 120 | Movement infringement | | |
| 121 | Nauglism infringement | | |
| 122 | Face lift exercise | | |
| 123 | Two fists **video** | | |
| 124 | Binding Unbinding **video** | | |
| 125 | Joining forces **video** | | |
| 126 | On the run **video** | | |
| 127 | Second form **video** | | |
| 128 | Breathing our form **video** | | |
| 129 | Tracking energy **video** | | |
| 130 | Compare flow-immunity **video** | | |
| 131 | Compare breathing **video** | | |
| 132 | Gathering energy comparison **video** | | |
| 133 | Gathering energy **video** | | |
| 134 | Being energy ho movement **video** | | |
| 135 | Keys for well being **video** | | |
| 136 | You Tube interview **video** | | |

Dated: May 10, 2012

                              LAW OFFICE OF ROBERT G. KLEIN

                              By: _____
                              Robert G. Klein
                              Attorneys for Plaintiffs Miles Reid and Aerin
                              Alexander

3

**Plaintiffs' Exhibit List**