SEYFARTH SHAW LLP
Christopher C. Larkin (SBN 119950)
Breton A. Bocchieri (SBN 119459)
E-mail: clarkin@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Eugene S. Suh (SBN 245313)
E-mail: esuh@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants and Counterclaimants
CLEARGREEN, INC. and
LAUGAN PRODUCTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MILES REID, an individual, AERIN ALEXANDER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEARGREEN, INC., a California corporation, LAUGAN PRODUCTIONS, INC., a California corporation, and DOES 1 through 10 inclusive,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 11-08273 SVW (FMO)<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' WITNESS LIST (LOCAL RULE 16-5)**<br><br>Pre-Trial Conference: June 4, 2012<br>Time: 3:00 p.m.<br>Courtroom: 6<br><br>Trial: June 12, 2012 |

1  Pursuant to Local Rule 16-5, defendants and counterclaims Cleargreen, Inc.
2  and Laugan Productions, Inc. hereby file their witness list.
3      1.    Nyei Murez, Vice President, Cleargreen, Inc., c/o Christopher C.
4  Larkin, Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, CA
5  90067-3021 ((310) 201-5289).
6      2.    Renata Murez, Chief Financial Officer, Cleargreen, Inc., c/o
7  Christopher C. Larkin, Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500,
8  Los Angeles, CA 90067-3021 ((310) 201-5289).
9      3.    Tom Cajka, CPA, Ogulnick, Leventha l&Cajka, 9301 Wilshire Blvd.
10  #507, Beverly Hills, CA 90210 (310) 271-9444.
11      4.    Margarita Nieto, Ph.D., 11343 Missouri Avenue, Los Angeles, CA
12  90025 (818) 677-2609.
13      5.    Bruce Wagner, 11901 Santa Monica Blvd., Suite 593, Los Angeles,
14  CA 90025 (310) 892-3311.
15      6.    Fausto Rosales Ortiz,* Calle Emiliano Zapata No. 38. Ahucacapán,
16  Municipio de Autlán de Navarro, Jalisco, C.P. 48920, Mexico.
17      7.    Pablo Milberg,* 10914 Rose Ave. #9, Los Angeles, CA 90034.
18      8.    Cecile Ledru,* 10812A Washington Blvd, Culver City, CA 90232,
19  (310) 839-7150.
20      9.    Maria Cristina Ortiz,* Laboristas 38, Col. San Andres, Tetepilco,
21  Mexico. D.F, C.P. 09440, 011.52.1.55.21.77.00.27.
22      10.    Alexander Dergay,* 10914 Rose Ave Apt 9, Los Angeles, CA 90034,
23  Mogilyovskayastreet, 6/4-72, Minsk, 220007, Belarus 011-37529-689-6899.
24      11.    Pablo Alfero,* P.O. Box 504, Acton, California 93510 (310) 980-
25  4046.
26      12.    Plaintiff Miles Reid.
27      13.    Plaintiff Aerin Alexander.
28

DEFENDANTS' AND COUNTERCLAIMANTS' WITNESS LIST

|   |   |
|---|---|
| | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| Dated: May 14, 2012 | By:  s/Christopher C. Larkin |
| | Christopher C. Larkin |
| | Breton A. Bocchieri |
| | Attorneys for Defendants and Counterclaimants |
| | CLEARGREEN, INC. and LAUGAN PRODUCTIONS, INC. |