Robert G. Klein, Esq., State Bar No. 128550
LAW OFFICE OF ROBERT G. KLEIN
555 West Fifth Street, 31st Floor
Los Angeles, California 90013-1010

Telephone: (213) 996-8508
Facsimile: (213) 947-1441

Attorneys for Plaintiffs Miles Reid and Aerin Alexander

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MILES REID, an individual; AERIN ALEXANDER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CLEARGREEN, INC., a California corporation; LAUGAN PRODUCTIONS, INC., a California corporation; and DOES 1 through 10 inclusive.<br><br>Defendants.<br><br>CLEARGREEN, INC., a California corporation; LAUGAN PRODUCTIONS, INC., a California corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MILES REID, an individual; AERIN ALEXANDER, an individual. | CASE NO. **CV11-08273 SVW (FMOx)**<br><br>Hon. Stephen W. Wilson/Courtroom 6<br><br>Action Filed: October 5, 2011<br><br>**JOINT EXHIBIT LIST**<br><br>Trial Date:    June 12, 2012 |

1

| | |
|---|---|
| 1 | Counter-Defendants. ) |
| 2 | |

3  The parties submit this joint list of their proposed exhibits.
4  ///
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

Reid et. al. v. Cleargreen etc. et. al.

## TRIAL EXHIBIT INDEX

| Trial Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 001 | Magical Passes book | | |
| 002 | Tensegrity description | | |
| 003 | Magical Passes description | | |
| 004 | What is Tensegrity Practice? | | |
| 005 | What is Tensegrity Movement | | |
| 006 | Six Series of Tensegrity | | |
| 007 | March 17, 2010 e-mail | | |
| 008 | October 8, 2010 Cleargreen letter | | |
| 009 | March 7, 2011 Cleargreen letter | | |
| 010 | Being Energy trademark application | | |
| 011 | Being Energy advertisements | | |
| 012 | February 12, 2012 Cleargreen e-mail | | |
| 013 | Tensegrity Volumes 1, 2, 3- **Video** | | |
| 014 | Miles 2/1/2008 e-mail | | |
| 015 | Miles 8/21/2009 e-mail | | |
| 016 | Miles 2/8/2008 e-mail | | |
| 017 | Miles 2/14/ 2008 e-mail | | |
| 018 | Miles 7/4/2008 e-mail | | |
| 019 | Rise Serpent schedule | | |
| 020 | Miles 3/23/2005 e-mail | | |
| 021 | Renata 1/16/2005 e-mail | | |
| 022 | Miles 6/8/2008 e-mail | | |
| 023 | Miles 2/9/2008 e-mail | | |
| 024 | Reid declaration with quotes | | |
| 025 | Being Energy program | | |
| 026 | List of Miles and Aerin talks | | |
| 027 | Tensegrity 12 movements | | |
| 028 | Tensegrity seminar workshop | | |

| | | | |
|---|---|---|---|
| 029 | Tensegrity seminar June 1998 | | |
| 030 | Tour of Awareness 11/ 2001 | | |
| 031 | Los Angeles Times interview | | |
| 032 | Joy of the warrior | | |
| 033 | Stalking the known seminar | | |
| 034 | Inner silence seminar | | |
| 035 | Appointment with Inner silence | | |
| 036 | Beyond the predator's eye | | |
| 037 | Series on dreaming | | |
| 038 | Greater than greed seminar | | |
| 039 | Being energy seminar | | |
| 040 | Miles 2/21/2008 e-mail | | |
| 041 | Lecture Stalking movements | | |
| 042 | Seminar Text | | |
| 043 | On the run text | | |
| 044 | On the run dreaming text | | |
| 045 | 8/31/2009 e-mail from Miles | | |
| 046 | Notes from As Above so Below | | |
| 047 | Renata e-mail 1/16/2005 | | |
| 048 | Talk from Aspen Center 7/2005 | | |
| 049 | Miles e-mail 2/16/2008 | | |
| 050 | Text from Groups in circles | | |
| 051 | Miles 2/8/2008 e-mail | | |
| 052 | Miles lecture talk | | |
| 053 | Miles 1/29/2008 e-mail | | |
| 054 | Miles 2/8/2008 e-mail | | |
| 055 | Miles 2/9/2008 e-mail | | |
| 056 | Miles 7/20/2008 e-mail | | |
| 057 | Rise of the Planned Serpent text | | |
| 058 | Renata 1226/2004 e-mail | | |
| 059 | Intending the New Year from silence | | |
| 060 | Miles 6/8/2008 e-mail | | |
| 061 | Storyline | | |
| 062 | Miles 2/14/2008 e-mail | | |
| 063 | Witness questioning | | |
| 064 | Starwulf 3/23/2005 e-mail | | |
| 065 | Women's' workshop | | |
| 066 | Copyright application | | |
| 067 | Copyright application | | |
| 068 | Meditation description | | |

| | | | |
|---|---|---|---|
| 069 | Activating the heart | | |
| 070 | Gathering energy | | |
| 071 | Intending presence description | | |
| 072 | Restoring energy exercises | | |
| 073 | Being Energy training program | | |
| 074 | Miles and Aerin's talks | | |
| 075 | List of lectures | | |
| 076 | Miles 4/19/2012 e-mail | | |
| 077 | Tensegrity workshop 11/1996 | | |
| 078 | Tensegrity Legs Rule workshop 6/1998 | | |
| 079 | Plaintiff's exhibit in support of summary judgment | | |
| 080 | Cleargreen letter 8/1999 to Alex Rosenberg | | |
| 081 | Cleargreen letter to Tim | | |
| 082 | Cleargreen e-mail to Scott | | |
| 083 | Carlos Castaneda Unbending intent-lion cover | | |
| 084 | Tensegrity review | | |
| 085 | Infringing web site 1 | | |
| 086 | Tensegrity Course advertisement | | |
| 087 | Infringing web site 2 | | |
| 088 | Certificates of Registration 2/8/2012 | | |
| 089 | Joy of the warrior | | |
| 090 | Joy of warrior Amsterdam 6/2002 | | |
| 091 | Buckmister Fuller | | |
| 092 | Anatomy trains | | |
| 093 | Tilo Medical e-mail | | |
| 094 | Being Energy copyright application | | |
| 095 | What is Being Energy? | | |
| 096 | Being Energy Love liberates | | |
| 097 | Being Energy Defying Death | | |
| 098 | Being Energy Turning the wheel | | |
| 099 | Workshop lecture notes by Nyei | | |
| 100 | Aerin job description | | |
| 101 | Note to respond bulletin | | |
| 102 | Letter to community | | |
| 103 | Notes of meeting with accountant | | |
| 104 | Tensegrity UK infringement | | |
| 105 | Magical Passes class 2003 | | |

| | | | | |
|---|---|---|---|---|
| 106 | Twelve Basic movements highlighted | | | |
| 107 | Magical passes text | | | |
| 108 | Certificates of Registrations talks | | | |
| 109 | Voice over from Tensegrity video | | | |
| 110 | Voice over Tensegrity volume 3 | | | |
| 111 | Video Magical Passes tiger cover-**Video** | | | |
| 112 | Certificate of Registration | | | |
| 113 | Castaneda will | | | |
| 114 | Eagle Trust | | | |
| 115 | Cleargreen website | | | |
| 116 | Nyei declaration | | | |
| 117 | Tensegrity infringer positions | | | |
| 118 | Copyright master list | | | |
| 119 | Magical passes infringer | | | |
| 120 | Movement infringement | | | |
| 121 | Nauglism infringement | | | |
| 122 | Face lift exercise | | | |
| 123 | Two fists **video** | | | |
| 124 | Binding Unbinding **video** | | | |
| 125 | Joining forces **video** | | | |
| 126 | On the run **video** | | | |
| 127 | Second form **video** | | | |
| 128 | Breathing our form **video** | | | |
| 129 | Tracking energy **video** | | | |
| 130 | Compare flow-immunity **video** | | | |
| 131 | Compare breathing **video** | | | |
| 132 | Gathering energy comparison **video** | | | |
| 133 | Gathering energy **video** | | | |
| 134 | Being energy ho movement **video** | | | |
| 135 | Keys for well being **video** | | | |
| 136 | You Tube interview **video** | | | |

| Trial Exhibits | Description | Offered | Admitted |
|---|---|---|---|
| 200 | United States Trademark Registration No. 2,113,397 for the mark TENSEGRITY, and Notice of Renewal thereof. | | |
| 201 | Cleargreen Payroll Summaries for Miles Reid January 1996 through December 2005. | | |
| 202 | Cleargreen Payments to Miles Reid All Transaction Summaries 2000-2010. | | |
| 203 | Summary of Aerin Alexander Employee Payments 2000-2010. | | |
| 204 | Summary of Payments to Aerin Alexander 2000-2010. | | |
| 205 | Aerin Alexander Form W-2 for 2003. | | |
| 206 | Aerin Alexander Form W-2 for 2004. | | |
| 207 | Aerin Alexander Form W-2 for 2005. | | |
| 208 | Miles Reid Form W-2 for 2003. | | |
| 209 | Miles Reid Form W-2 for 2004. | | |
| 210 | Anthem Blue Cross Billing Summary for January-March 2009 for medical insurance for Aerin Alexander. | | |
| 211 | Anthem Blue Cross Billing Summary for November 2008-February 2009 for medical insurance for Miles Reid. | | |
| 212 | AT&T Billing Statement to Cleargreen for cell phone for Miles Reid. | | |
| 213 | AT&T Billing Statement to Cleargreen for cell phone for Aerin Alexander. | | |
| 214 | American Express statements for Cleargreen credit card for Miles Reid. | | |
| 215 | Aerin Alexander e-mail dated November 6, 2008. | | |
| 216 | Miles Reid e-mail dated March 31, 2008. | | |
| 217 | Miles Reid e-mail dated March 30, 2007. | | |
| 218 | Andris Romanovskis e-mail to Aerin Alexander dated February 15, 2005. | | |
| 219 | Miles Reid e-mail dated August 21, 2008. | | |
| 220 | Aerin Alexander e-mail dated January 27, 2009. | | |
| 221 | Miles Reid e-mail dated March 31, 2008. | | |
| 222 | Miles Reid, et al. e-mail dated September 15, 2008. | | |
| 223 | Miles Reid e-mail dated November 10, 2008. | | |

| Trial Exhibits | Description | Offered | Admitted |
|---|---|---|---|
| 224 | Aerin Alexander e-mail dated February 12, 2008. | | |
| 225 | Miles Reid e-mail dated March 28, 2008. | | |
| 226 | Aerin Alexander, Miles Reid, et al. e-mail dated March 16, 2009. | | |
| 227 | Miles Reid, et al. e-mail dated April 24, 2005. | | |
| 228 | Miles Reid e-mail dated May 14, 2007. | | |
| 229 | Aerin Alexander e-mail dated November 25, 2009. | | |
| 230 | June 21, 2010 Summer Solstice letter to "Dearest Practitioners." | | |
| 231 | Certificate of Copyright Registration PA 817-001. | | |
| 232 | Certificate of Copyright Registration PA 817-002. | | |
| 233 | Certificate of Copyright Registration PA 817-750. | | |
| 234 | Certificates of Copyright Registration for speeches given at Cleargreen programs, and deposit copies thereof:<br>Two-Way Bridge: Dreaming & Stalking<br>Beyong the Predator's Eye: Stalking<br>Song of Plumed Serpent: Handout 1<br>The Earth Form: Our Power Spot is Our Fluid Assemblage Point<br>The Axis Form: Listening to Other Sentient Beings<br>The Cloak of Confidence<br>The Plumed Serpent - Feb 2007<br>The Wind<br>Food, the Chewing Breath and the Mouth Warrior<br>Stopping the World: The Not-Doing of the Self<br>Appointments with the Spirit<br>The Coyote<br>Jumping Into Abyss: A New View on Commitment<br>Stalking the Known: Introductory Lecture 2002<br>Seeing Energy: Affection for Others<br>Affection for the Energy Body 2<br>An Appointment with Inner Silence: Introduction - September 2003<br>Unbending Intent 1 | | |

| Trial Exhibits | Description | Offered | Admitted |
|---|---|---|---|
| | In an Instant<br>Stalking the Self Exercise: Phone Dialogue<br>Tendon Energy<br>Finding Your Power Spot<br>Dreaming with the Wild Mountain Cat<br>The Water Form<br>A View of our Tour of Awareness<br>Facing the Oncoming Time: In an Instant<br>Navigation of the Dreamer<br>Stalking the Known - April 2003<br>An Appointment with Inner Silence<br>Introduction - April 2004<br>Two-Way Bridge - February 2004<br>Two-Way Bridge - June 2004<br>The Binding and Unbinding Forms<br>"How is the Spirit Today""<br>The Singing Earth Serpent - February 2008<br>The Male and Female Winged Being<br>The Toddler's Law<br>A Moment of Personal Power<br>The Lizard<br>Using Death as Your Advisor<br>A Gossamer Touch<br>Talking Apes<br>The Rise of the Plumed Serpent: Using Death as your Advisor<br>Watching Telenovelas as a Warrior<br>Twin Universes<br>Series for Mapping the Energy Body<br>Dreaming and Stalking, Inhaling and Exhaling<br>The Integrative Body Intro and Chair Tensegrity<br>The Alchemy of the Plumed Serpent<br>Affection for Energy Body 1<br>Transition to the New Year<br>Intending Our Dreams Forward | | |
| 235 | The Eagle's Trust Agreement and Assignments. | | |
| 236 | Employment Agreement dated July 12, 1995 between Carlos Castaneda and Laugan. | | |
| 237 | Copyright applications for registration of various sequences of movements as works of the performing arts, and deposit copies thereof:*<br>The Nagual Lujan's Choreography: The Tiger | | |

| Trial Exhibits | Description | Offered | Admitted |
|---|---|---|---|
| | The Nagual Lujan's Choreography: The Empty--Handed Forms | | |
| | The Mysterious Passes of Juan Tuma | | |
| | Magical Passes for Not-Doing: First Series: The Running Man | | |
| | Magical Passes for Not-Doing: Second Series: On the Run | | |
| | Magical Passes for Not-Doing: Fourth Series: Legs Rule Vitality | | |
| | Magical Passes for Not-Doing: Fifth Series: The Wheel of Time | | |
| | Magical Passes for Not-Doing: Third Series: Unbending Purpose | | |
| | The Lujan Cycle: Binding and Unbinding | | |
| | The Lujan Cycle: The Wind Form | | |
| | The Not-Doing Cycle: Legs Rule Vitality | | |
| | Circles Dance | | |
| | The Nagual Lujan's Choreography: The Crab | | |
| | The Lujan Cycle: The Milky Way | | |
| | The Nagual Lujan's Choreography: The Left and Right Handed Forms | | |
| | The Intent Cycle: The Sun Form | | |
| | The Affection Cycle: The Warrior's Gesture of Magical Intent | | |
| | The Left Body Cycle: The Plumed Serpent | | |
| | The Womb Cycle: The Moon Form | | |
| | The Mapping Cycle: Mapping the Body | | |
| | The Masculinity Cycle: Forging the Dreaming Attention | | |
| | The Westwood Cycle: The Usted Form | | |
| | The Westwood Cycle: Beings in Dreaming | | |
| | The Affection Cycle: Controlled Folly | | |
| | The Affection Cycle: The Tree | | |
| | The Left Body Cycle: Water | | |
| | The Crossing Phyla Cycle: The Butterfly of the Night | | |
| | The Twelve Cycle: The Tour of Awareness | | |
| | The Twelve Cycle: The Lizard | | |
| | The Not-Doing Cycle: The Running Man Dance | | |
| | The Not-Doing Cycle: Jumping Into the Abyss | | |
| | The Womb Series Long Form | | |
| | The Nagual Lujan's Choreography: The Chair | | |
| | The View from the Bridge | | |

| Trial Exhibits | Description | Offered | Admitted |
|---|---|---|---|
| | The Twelve Cycle: The Singing Earth Serpent<br>The Westwood Cycle: Acknowledging the Predator's Eye<br>The Westwood Cycle: The Current of Currency<br>The Lujan Cycle: In an Instant<br>Carlos Castaneda's TENSEGRITY, Volume 1 - Long Form<br>Tapping Into Our Essence<br>The Mapping Cycle: Mapping the Energy Body<br>The Westwood Series Long Form<br>The Heat Series Long Form<br>The Masculinity Long Form<br>Magical Passes of the Shaman Dancer, Silvio Manuel<br>Beings from the Earth and Sky<br>Hearing Energy<br>Six Series of Tensegrity: The First Series: The Series for Preparing Intent<br>The Wings of Affection<br>Six Series of Tensegrity: The Second Series: The Series for the Womb<br>Six Series of Tensegrity: The Third Series: The Series of the Five Concerns<br>Six Series of Tensegrity: The Fourth Series: The Separation of the Left Body...<br>Six Series of Tensegrity: The Fifth Series: The Masculinity Series<br>Six Series of Tensegrity: The Sixth Series: Devices Used in Conjunction...<br>The Culver City Series | | |
| 238 | Archival videos ("Home Videos") of Cleargreen workshops 1998-2008.* | | |
| 239 | Freeze frame photographs of Plaintiffs performing certain sequences of movements shown in the Home Videos. | | |
| 240 | Copyright application filed by Plaintiffs for registration of sequences of movements entitled "Gathering Energy Form" as choreography, and deposit copy. | | |
| 241 | Copyright application filed by Plaintiffs for registration of sequences of movements entitled "The Five Keys for Well Being" as choreography, and deposit copy. | | |
| 242 | Videos produced by Plaintiffs.* | | |

5

| Trial Exhibits | Description | Offered | Admitted |
|---|---|---|---|
| 243 | 1995 script authored by Carlos Castaneda. | | |
| 244 | Renata Murez notes regarding development of certain movement sequences. | | |
| 245 | First Gate of Dreaming CD. | | |
| 246 | Second Gate of Dreaming: Dreaming Together CD. | | |
| 247 | Carlos Castaneda, *Magical Passes*.* | | |
| 248 | Pages from Plaintiffs' Being Energy website. | | |

14463844v.1

Dated: May 10, 2012

LAW OFFICE OF ROBERT G. KLEIN

By: /s/ Robert G. Klein
Robert G. Klein
Attorneys for Plaintiffs Miles Reid and Aerin Alexander

Dated: May 14, 2012

SAYFARTH SHAW

By: _____
Christopher Larkin, Esq.
Attorneys for Defendants/Counter-claimants Cleargreen, Inc. and Laugan Productions, Inc.

3

Joint Exhibit List

Dated: May 10, 2012

LAW OFFICE OF ROBERT G. KLEIN

By: /s/ Robert G. Klein
Robert G. Klein
Attorneys for Plaintiffs Miles Reid and Aerin Alexander

Dated: May 14, 2012

SAYFARTH SHAW

By: /s/ Christopher Larkin
Christopher Larkin, Esq.
Attorneys for Defendants/Counter-claimants
Cleargreen, Inc. and Laugan Productions, Inc.

3
Joint Exhibit List