1  SEYFARTH SHAW LLP
   Christopher C. Larkin (SBN 119950)
2  E-mail: clarkin@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219

5  Attorneys for Defendants and Counterclaimants
   CLEARGREEN, INC. and
6  LAUGAN PRODUCTIONS, INC.

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

| | |
|---|---|
| MILES REID, an individual, AERIN ALEXANDER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARGREEN, INC., a California corporation, LAUGAN PRODUCTIONS, INC., a California corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 11-08273 SVW (FMO)<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
| CLEARGREEN, INC., a California corporation, LAUGAN PRODUCTIONS, INC., a California corporation,<br><br>Counterclaimants,<br><br>v.<br><br>MILES REID, an individual, AERIN ALEXANDER, an individual,<br><br>Counter-Defendants. | |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the
2 undersigned counsel of record for plaintiffs and counter-defendants Miles Reid and
3 Aerin Alexander ("Plaintiffs") and defendants and counterclaimants Cleargreen,
4 Inc. and Laugan Productions, Inc. ("Defendants"), and pursuant to the parties'
5 settlement and Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure,
6 that all claims for relief in Plaintiffs' complaint filed on October 5, 2011 (Doc. 1),
7 and all claims for relief in Defendants first amended counterclaims filed on
8 February 9, 2012 (Docs. 16 and 17) are hereby dismissed with prejudice, with all
9 parties to bear their own attorneys' fees and costs.

Respectfully submitted,

SEYFARTH SHAW LLP

Dated: May 17, 2012        By: _____
                               Christopher C. Larkin
                               Attorneys for Defendants and
                               Counterclaimants
                               CLEARGREEN, INC. and LAUGAN
                               PRODUCTIONS, INC.

LAW OFFICES OF ROBERT G. KLEIN

Dated: May 17, 2012        By: _____
                               Robert G. Klein
                               Attorneys for Plaintiffs and Counter-
                               Defendants MILES REID and AERIN
                               ALEXANDER

14470104v.1

2